JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN JEFFERSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>PETER NORELL, TRESSA<br>KENTNER, SHERYL ACKER,<br>MELANIE YELLISH, and<br>DOES 1-10, inclusive,<br><br>                    Defendants.<br>_____ | Case No. EDCV 07-700-VAP<br>(JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED
WITHOUT PREJUDICE.  The Court orders that such judgment
be entered.


Dated: January 9, 2009         _____
                                VIRGINIA A. PHILLIPS
                                United States District Judge